

# NUMBER 13-25-00091-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LOANPAL, LLC
A/K/A GOODLEAP, LLC,                                          Appellant,

v.

CLARA LOPEZ,                                                 Appellee.

## ON APPEAL FROM THE 28TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on an agreed motion to dismiss the appeal. The parties jointly request dismissal of this appeal "due to the resolution of the underlying claims."

The Court, having considered the agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion

to dismiss is granted, and the appeal is hereby dismissed. In accordance with the motion, costs are taxed against the party incurring same. *See Id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
1st day of May, 2025.